Dora V. Lane, Esq. (NV Bar No. 8424)
dlane@hollandhart.com
Peter D. Navarro, Esq. (NV Bar No. 10168)
pdnavarro@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| MICHAEL McKINNON,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO.: 2:16-cv-01066-JCM-GWF<br><br>**STIPULATION AND ORDER<br>TO DISMISS WITH PREJUDICE** |

Plaintiff Michael McKinnon ("Plaintiff") and Defendant National Security Technologies, LLC ("Defendant"), by and through their counsel hereby stipulate and agree that all claims by Plaintiff against Defendant that were or could have been asserted in this matter shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**

DATED this 5th day of December, 2017.   DATED this 5th day of December, 2017.

*/s/ Michael P. Balaban*   */s/ Peter D. Navarro*
Michael P. Balaban, Esq.   Dora V. Lane, Esq.
Nevada Bar No. 9370   Nevada Bar No. 8424
LAW OFFICE OF MICHAEL P.   Peter D. Navarro, Esq.
BALABAN   Nevada Bar No. 10168
10726 Del Rudini Street   Holland & Hart LLP
Las Vegas, NV 89141   9555 Hillwood Drive, Second Floor
Telephone: (702) 586-2964   Las Vegas, Nevada 89134
   Telephone: (702) 669-4600
*Attorneys for Plaintiff*   *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

DATED December 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Peter D. Navarro*
Dora V. Lane, Esq.
Peter D. Navarro, Esq.
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
*Attorneys for Defendant*

10338919_1